

# NUMBER 13-20-00056-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**OSCAR GARZA JR.,**                                               **Appellant,**

**v.**

**SALOMON TAMEZ JR., SAL-EST
INCORPORATED DBA CARFINDERS
AND CARFINDERS CAR RENTAL, L.L.C.,**          **Appellees**.

---

**On appeal from County Court at Law No. 8
of Hidalgo County, Texas**.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Memorandum Opinion by Chief Justice Contreras**

Appellant, Oscar Garza Jr., attempted to perfect an appeal from a judgment entered by the County Court at Law No. 8 of Hidalgo County, Texas, in cause number CL-18-1615-H. Judgment in this cause was signed on October 10, 2019. A motion for new trial was filed on November 6, 2019. Pursuant to Texas Rule of Appellate Procedure

26.1, appellant's notice of appeal was due on January 8, 2020 but was not filed until January 24, 2020.

On January 27, 2020, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the letter, the appeal would be dismissed. To date, no response has been received from appellant. Additionally, appellant has failed to pay the requisite filing fee.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's failure to respond to this Court's notice, is of the opinion the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a)(c).

DORI CONTRERAS
Chief Justice

Delivered and filed the
12th day of March, 2020.